## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DEBORAH McAFEE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:07-cv-00268-ID-TFM |
| | ) |
| **WINN-DIXIE,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR EXTENSION

Defendant Winn-Dixie Montgomery, Inc. ("Winn-Dixie" or "defendant"), improperly referred to as Winn-Dixie, moves this Court to extend the deadline for filing its response to the Complaint and Corporate Disclosures from Monday, April 23, 2007 until Friday, June 22, 2007 for the reasons set forth below. The undersigned has spoken to counsel for Plaintiff Deborah McAfee ("plaintiff"), and he does not oppose extending the deadline for 30 days, or until Wednesday, May 23, 2007. However, defendant is in need of additional time, and extending the deadline for 60 days will allow defendant to gather the facts necessary to respond to the Complaint and provide Corporate Disclosures. For the foregoing reasons, defendant moves the Court to extend the deadline for defendant to file its response to the Complaint and Corporate Disclosures from Monday, April 23, 2007 until Friday, June 22, 2007.

184059.1

Respectfully submitted this 19th day of April, 2007.

> /s/ Thomas A. Davis
> Thomas A. Davis, ASB-5877-S56T
> tdavis@constangy.com
> Tamula R. Yelling, ASB-9447-E61T
> tyelling@constangy.com
> **CONSTANGY, BROOKS & SMITH, LLC**
> 1819 Fifth Avenue North
> Suite 900
> Birmingham, Alabama 35203
> Telephone (205) 252-9321
> Facsimile (205) 323-7674
>
> **ATTORNEYS FOR DEFENDANT**
> **WINN-DIXIE STORES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing Motion for Extension with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

> David R. Arendall, Esq.
> Allen D. Arnold, Esq.
> ARENDALL & ASSOCIATES
> 2018 Morris Avenue, Third Floor
> Birmingham, AL  35203

This 19th day of April, 2007.

> /s/ Thomas A. Davis
> Counsel of Record

2

184059.1