IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEBORAH McAFEE,** )  | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:07cv268-ID |
| v. ) | |
| ) | |
| **WINN-DIXIE MONTGOMERY,** ) | |
| **INC.,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Defendant Winn-Dixie Montgomery, Inc.'s motion for extension of time to respond to complaint and to file its Rule 7.1 corporate disclosures, filed April 19, 2007 (Doc. No. 4), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Defendant to answer or otherwise respond to Plaintiff Deborah McAfee's complaint and to file its corporate disclosures is hereby EXTENDED to and including June 22, 2007.[1]

DONE this 20th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant Winn-Dixie Montgomery, Inc., is incorrectly designated in the complaint as "Winn Dixie." The court *sua sponte* amends the caption to reflect the correct name.