IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBORAH McAFEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-00268-ID-TFM |
| | ) |
| WINN-DIXIE, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Constangy, Brooks & Smith, LLC needs to withdraw as counsel of record for defendant in the above-entitled action. Thomas A. Davis, formerly of Constangy, Brooks & Smith, LLC, has joined the law firm of Jackson Lewis LLP and defendant has elected to retain that firm to represent it further in this matter.

/s/ Tamula R. Yelling
Tamula R. Yelling, ASB-9447-E61T
tyelling@constangy.com
**CONSTANGY, BROOKS & SMITH, LLC**
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama 35203
Direct Dial: (205) 226-5471
Facsimile: (205) 323-7674

202149.1

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

David R. Arendall, Esq.
Allen D. Arnold, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203

This 30th day of May, 2007.

/s/ *Tamula R. Yelling*
Counsel of Record