IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEBORAH McAFEE,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO. 2:07cv268-ID** |
| v. ) | |
| ) | |
| **WINN-DIXIE MONTGOMERY,** ) | |
| **INC.,** ) | |
| ) | |
|    **Defendant.** ) | |

**ORDER**

Upon CONSIDERATION of the motion to withdraw, filed by the law firm of Constangy, Brooks & Smith, LLC, on May 30, 2007 (Doc. No. 6), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 31st day of May 2007.

                                         /s/ Ira DeMent
                                         SENIOR UNITED STATES DISTRICT JUDGE