IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBORAH McAFEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:07-cv-00268-ID-TFM |
| WINN-DIXIE, | ) ) ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, defendant Winn-Dixie Montgomery, Inc. (incorrectly identified as Winn-Dixie) discloses that its parent corporation is Winn-Dixie Stores, Inc. (a publicly traded company).

/s/ *Thomas A. Davis*
Thomas A. Davis, ASB-5877-S56T
Davist@jacksonlewis.com
Direct Dial: 205-332-3101
**JACKSON LEWIS** LLC
2001 Park Place North, Suite 650
Birmingham, Alabama 35203
Facsimile 205-332-3131

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

    This is to certify that on this the 22nd day of June 2007, the undersigned served a copy of the foregoing through the Court's CM/ECF filing system, as follows:

David R. Arendall, Esq.
Allen D. Arendall, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL  35203

                                        /s/ *Thomas A. Davis*
                                        COUNSEL FOR DEFENDANT