IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEBORAH McAFEE,** )  ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 2:07cv268-ID |
| v. ) ) | |
| **WINN-DIXIE MONTGOMERY, INC.,** ) ) ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's unopposed motion for leave to amend complaint (Doc. No. 11), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 17th day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE