IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**DEBORAH McAFEE,**

    **PLAINTIFF,**

                  **CIVIL ACTION NO: 2:07-CV-00268-ID-TJM**

**V.**

**WINN-DIXIE,**

    **DEFENDANT.**

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on July 17, 2007, and was attended by:

David R. Arendall for Plaintiff, Deborah McAfee

Thomas A. Davis for Defendant, Winn-Dixie

1. **Pre-Discovery Disclosures**.

The parties will exchange by October 15, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

2. **Discovery Plan**.

**Plaintiff's position**: Plaintiff needs discovery on the Plaintiff's claims, damages and Defendant's defenses.

1

**Defendant's position**: Defendant needs discovery on the Plaintiff's claims, damages and facts in support of Defendant's defenses.

The parties jointly propose to the court the following discovery plan:

All discovery commenced in time to be completed by August 15, 2008.

**Interrogatories**:

Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

**Requests for Admission**:

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

**Requests for Production of Documents**:

Maximum of 45 Requests for Production by each party. Responses due 30 days after service.

**Depositions**:

Maximum of 8 depositions by Plaintiff and 8 depositions by Defendant.

Each deposition is limited a maximum of 5 hours unless extended by agreement of parties.

**Reports of retained experts under Rule 26(a)(2) due:**

    From Plaintiff:    May 15, 2008

    From Defendant:    June 15, 2008

Supplementations under Rule 26(e) due no later than 30 days before discovery concludes.

4. **Other Items.**

**Settlement:**

Settlement possibilities are unknown at this time inasmuch as discovery in this matter has not yet begun.

**Conferences:**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in October of 2008.

**Join Additional Parties and Amendments:**

Plaintiff should be allowed until February 15, 2008, to join additional parties and to amend the pleadings.

Defendant should be allowed until March 15, 2008, to join additional parties and to amend the pleadings.

**Dispositive Motions:**

All potentially dispositive motions should be filed by September 15, 2008.

**Final Lists of witnesses and exhibits:**

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    From Plaintiff:    30 days prior to trial.

    From Defendant:   30 days prior to trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**Trial:**

The case should be ready for trial by December of 2008, and at this time is expected to take approximately 2-3 days.

/s/ David R. Arendall              /s/ Thomas A. Davis

| David R. Arendall | Thomas A. Davis |
|---|---|
| Attorney for the Deborah McAfee | Attorney for Winn-Dixie |
| Arendall & Associates | Jackson Lewis LLC |
| 2018 Morris Avenue, Third Floor | 2001 Park Place North, Suite 650 |
| Birmingham, AL 35203 | Birmingham, AL 35203 |
| 205.252.1550 – Office | 205.332.3101 - Office |
| 205.252.1556 – Facsimile | 205.332.3131 - Facsimile |

4