## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DEBORAH McAFEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-00268-ID-TFM |
| ) | |
| WINN-DIXIE MONTGOMERY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION PRO HAC VICE OF ANGELA M. HURLEY**

COMES NOW, Angela M. Hurley, an associate in the firm of Jackson Lewis LLP, 1900 Marquis One Tower, 245 Peachtree Center Avenue NE, Atlanta, Georgia, and a member in good standing of the bar of the United States District Court for the Northern District of Georgia, hereby moves for admission to practice before this court *pro hac vice*. The required fee of $20.00 will be mailed to the clerk of the court.

/s/ *Angela M. Hurley*
Angela M. Hurley
Georgia Bar No. 379579
Hurleya@jacksonlewis.com
Direct Dial: 404-586-1862
**JACKSON LEWIS LLC**
1900 Marquis One Tower
245 Peachtree Center Avenue NE
Atlanta, Georgia 30303
Facsimile: 404-525-1173

and

Thomas A. Davis, ASB-5877-S56T
Davist@jacksonlewis.com
Direct Dial:  205-332-3101
**JACKSON LEWIS LLC**
2001 Park Place North, Suite 650
Birmingham, Alabama  35203
Facsimile  205-332-3131

**Attorneys for Defendant**

### CERTIFICATE OF SERVICE

This is to certify that on this the 26th day of July 2007, the undersigned served a copy of the foregoing through the Court's CM/ECF filing system, as follows:

David R. Arendall, Esq.
Allen D. Arendall, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL  35203


/s/ *Thomas A. Davis*
COUNSEL FOR DEFENDANT

2



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    }
    } ss.
NORTHERN DISTRICT OF GEORGIA    }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANGELA M. HURLEY, State Bar No. 379579**, was duly admitted to practice in said Court on November 14, 2005, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 25th day of June, 2007.

JAMES N. HATTEN
CLERK OF COURT



By: *Jamee Green*
Jamee Green
Deputy Clerk