# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style:  McAfee v. Winn-Dixie**

**Case Number:   2:07-cv-00268-ID**

**Referenced Pleading:  Attachment to Motion to Appear Pro Hac Vice - 18**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANGELA M. HURLEY , State Bar No. 379579,** was duly admitted to practice in said Court on November 14, 2005, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 25th day of June, 2007.

JAMES N. HATTEN
CLERK OF COURT



By: _Jamee Green_ _____

Jamee Green
Deputy Clerk