IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEBORAH McAFEE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:07cv268-ID |
| v. ) | |
| ) | |
| **WINN-DIXIE MONTGOMERY, INC.,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of the motion for admission *pro hac vice*, filed July 26, 2007 (Doc. No. 18), it is ORDERED that said motion be and the same is hereby GRANTED and that Angela M. Hurley is hereby ADMITTED *pro hac vice* as counsel on behalf of Defendant.

DONE this 26th day of July 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE