IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBORAH MCAFEE </br></br> Plaintiff, </br></br> v. </br></br> WINN-DIXIE MONTGOMERY, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. </br> ) </br> ) 2:07CV268-ID </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF CHANGE OF ADDRESS

Please be advised the Birmingham Office of Jackson Lewis, LLP has moved. Please direct all future correspondence, dockets, order or any other document(s) pertaining to this action to Defendant Winn Dixie Montgomery to the address listed below:

Respectfully submitted this 15th day of January, 2008.

                                          s/ Thomas A. Davis
                                          Thomas A. Davis
                                          Alabama Bar No. 5877-S56T
                                          JACKSON LEWIS LLP
                                          First Commercial Bank Building
                                          800 Shades Creek Parkway, Suite 870
                                          Birmingham, Alabama 35209
                                          Telephone:    205-332-3101
                                          Facsimile:    205-332-3131
                                          ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2008, a copy of the foregoing was served via the CM/ECF System on the following counsel of record:

> David R. Arendall, Esq.
> Allen D. Arnold, Esq.
> ARENDALL & ASSOCIATES
> 2018 Morris Avenue
> Birmingham, AL  35203

> /s/ Thomas A. Davis
> Counsel of Record