IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBORAH McAFEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv268-ID |
| | ) |
| WINN-DIXIE MONTGOMERY, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, the parties advise the Court a confidential settlement agreement has been reached and hereby stipulate this action should be dismissed in its entirety, with prejudice, with each party to bear its own costs, including attorneys' fees.

ATTORNEY FOR PLAINTIFF:

David R. Arendall w/ permission by DRA
David R. Arendall
dra@arendalllaw.com
**ARENDALL LAW FIRM, INC.**
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
Phone: 205-252-1550
Facsimile: 205-252-1556

ATTORNEYS FOR DEFENDANT:

Thomas A. Davis
davist@jacksonlewis.com
Rhonda S. Nabors
naborsr@jacksonlewis.com
Direct Dials: 205-332-3101/3113
**JACKSON LEWIS LLP**
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35203
Facsimile: 205-332-3131